# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THE CITY OF CLAIRTON, PA, | : No. 138 WAL 2021 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| ZONING HEARING BOARD OF THE CITY OF CLAIRTON, PA, AND CORNERSTONE RESIDENCE, INC., | : |
| Respondents | : |
| CORNERSTONE RESIDENCE, INC. v. | : |
| ZONING HEARING BOARD OF THE CITY OF CLAIRTON, PA AND GEORGE GLAGOLA, CITY OF CLAIRTON ZONING OFFICER | : |
| APPEAL OF: CITY OF CLAIRTON, PA AND GEORGE GLAGOLA | : |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.